UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-745-KK-SHKx** | Date: | September 6, 2024 |
|---|---|---|---|
| Title: | ***Anton Saadeh v. Solibus Payments, Inc., et al.*** | | |

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:**    (In Chambers) Order to Show Cause Why Additional Sanctions Should Not Be Imposed for Failure to Comply with Court Orders

On July 30, 2024, the Court ordered defendants Erek Newton, Jennifer Newton, and Solibus Payments, Inc. ("Defendants") to file their notice(s) of interested parties within 5 days.  Dkts 29, 30.

On August 12, 2024, having received no notice of interested parties from Defendants, the Court issued an Order to Show Cause ("OSC") why Defendants should not be sanctioned in the amount of $500.00 each for failure to comply with the Court's July 30, 2024 Orders.  Dkt. 31.  The Court ordered Defendants to file a written response to the OSC no later than August 19, 2024.  Id.

On August 21, 2024, having received no response to the OSC, the Court ordered Defendants to pay sanctions to the Court in the amount of $500.00 each.  Dkt. 32.  In addition, the Court ordered Defendants to file a notice of interested parties no later than August 28, 2024.  Id.  The Court expressly warned Defendants "[f]ailure to file a notice of interested parties by that date will result in additional sanctions."  Id.

To date, Defendants still have not filed a notice of interested parties, nor have Defendants paid the ordered sanctions.  Defendants are, therefore, in violation of the Court's August 21, 2024 Order.

Accordingly, Defendants are **ORDERED TO SHOW CAUSE** in writing why additional sanctions in the amount of $500.00 each, plus $100.00 per day until Defendants comply with the Court's August 21, 2024 Order, should not be imposed.  Defendants shall file a response to this Order **no later than September 13, 2024**.

**Defendants are expressly warned failure to file a timely response to this Order will result in the imposition of additional sanctions in the amount of $500.00 each, plus $100.00 per day until Defendants comply with the Court's August 21, 2024 Order.**

**IT IS SO ORDERED.**